IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02846-RPM

SUSAN KONARSKE,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.
_____

ORDER VACATING ORDERS
_____

        Upon review of the documents entered in this civil action and this Court's case management procedures, it is

        ORDERED that the Delay Reduction Order and the Order Regarding Plan for Settlement entered in the District Court, Arapahoe County, Colorado, are vacated.

        DATED:   January 4th, 2016

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

I certify that a copy of the Order Vacating Orders, entered by Senior Judge Richard P. Matsch on January 4, 2016, was mailed via United States Mail on January 4, 2016, to the following:

Shawn E. McDermott
Dale G. Casares
McDermott Law, LLC
2300 15th Street, Suite 200
Denver, CO 80202

                                      Jeffrey P. Colwell, Clerk

                                      s/M. V. Wentz

                          By_____
                              Deputy