IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-02846-RPM

SUSAN KONARSKE,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal [Doc. 13], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own legal fees and costs.

    DATED: April 13, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge